**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SERJIK BABOOMIAN

PLAINTIFF(S)

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DEFENDANT(S).

CASE NUMBER

2:26−cv−01477−SB−AS

**MOTION RE INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: Alka Sagar

Date/Time: June 11, 2026 at 02:30 PM

Courtroom: via Zoom

June 8, 2026
Date

By /s/ *Alma Felix*
Deputy Clerk