UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | CV 26-1477-SB (ASx) | Date | June 11, 2026 |
| Title | Serjik Baboonian v. State Farm Mutual Automobile Insurance Company | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | CS: 06/11/26 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Bruce Warren | Hather McKeon |

**Proceedings (In Chambers):** **MINUTES RE INFORMAL DISCOVERY CONFERENCE (DKT. NO. 23)**

At the parties' request, the Court held an informal discovery conference, ("IDC"), by video teleconference on June 11, 2026. Plaintiff filed this "insurance bad faith" case based on Defendant's denial of Plaintiff's claim for damage to his vehicle. (*See* Dkt No. 18; Joint Rule 26 Report at 2). At issue are Plaintiff's First Set of Requests for Production of Documents ("RFP") seeking (1) reports and conclusions prepared by Sage Forensic s Investigations ("Sage"), an accident reconstruction company Defendant retained to download data from Plaintiff's vehicle in order to determine how the alleged collision occurred; (2) legal briefs prepared by Defendant's attorneys that cite to specified cases that have held an insurer liable for bad faith; (3) all judgments in lawsuits filed in California in which Defendant was found to have wrongly denied a claim; (4) personnel files for each individual involved in the handling and denial of Plaintiff's claim for damages to his vehicle; and (5) all manuals, policies and guidelines. Defendant contends that Plaintiff's requests are facially overbroad, non claim-specific and seek information that is not relevant or proportional to the issues in this case.

The Court, having reviewed the parties' submission in support of the IDC request and considered the arguments presented at the hearing, issued the following Order:

As a preliminary matter, the Court sustains Defendant's objections to the requests at issue on grounds of relevance, overbreadth, and unduly burdensome, noting that the requests are not limited in time and scope, or to the Plaintiff's claim for damages to his vehicle based on the March 25, 2025 collision that is the subject of this lawsuit.

Defendant is ordered to produce ten (10) reports prepared by Sage (during the years 2024-2026) relating to their investigation, findings and conclusions in claims involving automobile collisions;.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | CV 26-1477-SB (ASx) | Date | June 11, 2026 |
| Title | Serjik Baboonian v. State Farm Mutual Automobile Insurance Company | | |

Defendant is ordered to produce records of final judgments issued in automobile collision cases in which State Farm Mutual Automobile Insurance Company was found to have wrongfully denied an insured's claim in the June 2024 to June 2026 time frame.

Subject to a protective order, Defendant is ordered to produce – for each individual who was involved in the handling of, and/or decision regarding, Plaintiff's claim for damages to his vehicle - any disciplinary action, performance review, or warning regarding the improper denial of an insured's claim that is contained within that individual's personnel file.

Subject to a protective order, Defendant is ordered to produce the operations manual in use at the time Plaintiff submitted his claim for damage to his vehicle.

Plaintiff's request for legal briefs is DENIED.

Defendant may redact personally identifiable information regarding its employees (except for their names) and its insureds from their production. The parties are directed to submit a joint stipulation for protective order for the Court's review forthwith. See Judge Sagar's Procedures.

Defendant's production of documents is due no later than thirty (30) days from the date of this Order.

The parties must avail themselves of the Court's informal discovery conference procedure to resolve any further discovery issues. See Judge Sagar's procedures.

**IT IS SO ORDERED.**

00: 28